| OHIO CIVIL RIGHTS COMMISSION<br>CHARGE OF DISCRIMINATION<br>EMPLOYMENT | Agency Use Only<br>☐ FEPA<br>☐ EEOC | CHARGE NUMBER: (Agency Use Only)<br>*SNS*<br>*CLEB4(42807)01142015* |
|---|---|---|

Completely Fill in the Following

| | |
|---|---|
| Camille Wilson | University Hospital |
| Name of Charging Party (First Middle Last) | Name of Company |
| 16327 Delrey Avenue | 11100 Euclid Avenue |
| Address | Address |
| Cleveland  Ohio  44128  Cuyahoga | Cleveland  Ohio  44106  Cuyahoga |
| City  State  Zip Code  County | City  State  Zip Code  County |
| 216-965-5570 | 216-844-1000 |
| Telephone Number | Telephone Number |
| January 7, 2015 | 15+  December 2009 |
| Date(s) of Discrimination | Total Number of Employees  Date of Hire |

---

**I believe I was discriminated against because of my: (Please identify)**

☐ Race/Color _____  ☐ Religion _____

☐ Sex _____  ☐ National Origin/Ancestry _____

☒ Disability  perceived disability  ☒ Retaliation  filed previous charge of discrimination

☐ Military Status

☐ Age (Over 40 years old only - List Date of Birth) _____
FOR AGE CASES ONLY: I have not commenced any action under sections 4112.14 or 4112.02(N), Revised Code with respect to the subject matter of the affidavit. I understand that upon filing of this charge with the Ohio Civil Rights Commission, I am barred from instituting any such civil action and that any monetary award or financial benefit I may receive may be limited to back pay and/or restoration of employment fringe benefits and may not include other damages to which I may be entitled as a result of such civil action.

---

**Type of Discrimination:**

☐ Demotion  ☒ Discharge/Termination  ☐ Discipline

☐ Failure to Hire  ☐ Forced to Resign  ☐ Harassment/Sexual Harassment

☐ Layoff  ☐ Promotion  ☐ Reasonable Accommodation

☐ Other (Specify) _____

---

**Please write a brief but detailed statement of the facts that you believe indicate an unlawful discriminatory practice. Please write legibly.**

I. I am a person who filed a previous charge of discrimination and I am perceived as having a disability. I have been employed by the above named Respondent since December 2009, most recently in the position of Operations Assistant. On January 7, 2015, I was terminated.

II. On January 7, 2015, Paula Gillette (non-disabled, no known protected activity), Vice President of Nursing and Patient Care Services, informed me that my position was being eliminated.

III. I believe I have been unlawfully discriminated against based on a perceived disability and retaliation for the following reasons:

A. I filed a previous charge of discrimination [CLE B4 (42710) 10292014] against Respondent in October 2014.

B. On November 5, 2014, I met with Kathy Deakins (non-disabled, no known protected activity), Manager of Respiratory Care, and Ms. Gillette who informed me that any concerns I have about being harassed must be directed to Ms. Deakins only. I do not believe my complaints will be investigated and taken seriously because I have lodged harassment complaints against Ms. Deakins.

C. On December 5, 2014, I was scheduled to meet with Thomas Snowberger (non-disabled, no known protected activity), Chief HR Officer. When I showed up for the meeting, Mr. Snowberger told me that he would address my complaints in Respondent's answer to my charge of discrimination. Immediately after this meeting, I was subjected to further harassment by Respondent when Respondent hired a private investigator to have me followed.

D. From November 5, 2014 to January 4, 2015, I was off work on FMLA. I returned to work on January 5, 2015, but my physician placed me on light duty.

E. On January 7, 2014, I met with Ms. Gillette and Kelly Skonieczny (non-disabled, no known protected activity), HR Manager, who informed me that my position was being eliminated. Ms. Skonieczny presented me with paperwork, which included language that I withdraw my previous charge of discrimination (42710).

**RECEIVED**

**JAN 14 2015**

**OCRC INTAKE CLEVELAND**

---

I declare under penalty of perjury that I have read the above charge and that it is _____ Rights Commission Representative
the best of my knowledge, information and belief. I will advise the agency(ies) if
I change my address or telephone number and that I will cooperate fully with them in the  Subscribed and sworn to before me on this  14  day of  JAN  201 5
processing of my charge in accordance to their procedures.

*Camille Wilson*  1/14/15

Charging Party Signature  Date  Notary or Commission Representative