Page 1 of 8 received on 11/5/2009 10:47:52 PM [Eastern Standard Time]

University Hospitals

# University Hospitals Application for Employment

☐ Bedford Medical Center ☐ Geneva Medical Center ☐ University Hospitals Corporate
☐ Conneaut Medical Center ☐ Home Care Services ☐ University Hospitals Case Medical Center
☐ Extended Care Campus ☐ Richmond Medical Center ☐ University Hospitals Medical Group
☐ Geauga Medical Center ☐ University CompCare ☐ University Hospitals Management Services Organization

Position Applied For: Equipment Technician Vacancy #: _____

Date Available to Begin Employment: 2 wks after offer ___/___/___ Desired Rate of Pay: $ Open

Check all Employment Shifts you are Available for:

☑ Full Time ☑ Day ☑ Day/Evening Rotation ☑ On-Call
☑ Part Time ☑ Evening ☑ Day/Night Rotation ☑ Weekend
☑ Temporary Work ☑ Night ☑ Evening/Night Rotation ☑ PRN

Nursing Specialty areas of interest:

☐ Adult ICU ☐ Medical/Surgical ☐ Pediatric ICU ☐ Skilled Nursing
☐ Emergency ☐ OB/GYN ☐ Pediatrics ☐ Surgery
☐ HomeCare ☐ Oncology ☐ Psychiatry ☐ Telemetry

| LAST NAME: Wilson | FIRST NAME: Camille | M.I.: — |
|---|---|---|

Please list all maiden, former, or alternative names ever used: Carpenter

PERMANENT ADDRESS: 16327 Del Rey Ave Cleveland ohio 44128 (STREET ADDRESS, CITY, STATE, ZIP)

PRESENT ADDRESS: If different from above _____ (STREET ADDRESS, CITY, STATE, ZIP)

PHONE NUMBER: Home: 216 751-7620 Cell: 216 965-5570 Work: _____ Email Address: mgcwilson71@yahoo.com

Are you at least 18 years of age? ☑ Yes ☐ No

Are you a U.S. Citizen or otherwise eligible to work in the U.S.? ☑ Yes ☐ No
By law, all persons are required to provide documentation establishing identity and employment authoritization upon hire.

Have you been previously employed by University Hospitals or any subsidiary or affiliate of UH?
☐ Yes ☑ No If yes: From ____ to ____ Location: _____ Position: _____

Are you related to anyone at University Hospitals or any subsidiary or affiliate of UH?
☑ Yes ☐ No If yes, whom? Bianca Wilson Relationship: Daughter Location: Pediatric ICU

Were you referred by a current UH employee? ☐ Yes ☐ No If yes, by whom? _____

CONVICTION RECORD:

Have you ever been convicted of a violation of a law other than a minor traffic violation? ☐ Yes ☑ No
Have you ever been excluded, sanctioned or debarred by a governmental agency? ☐ Yes ☑ No

If yes, please explain: _____

PLEASE NOTE: Conviction of a crime will not necessarily disqualify an applicant from employment. Failure to indicate a conviction, regardless of the recency or severity, will be considered a falsification of this employment application, which is a disqualifier from further consideration, and if already hired, is grounds for immediate dismissal and termination of employment.





*List present or most recent employer first. Include all employment for the past five (5) years.*
*All previous employment within this timeframe is relevant, therefore, extra page(s) will be provided upon request.*
*A resume is not a substitute for an employment application.*
*Please note: If you worked for a staffing/temporary agency, please list the agency contact information. Do not list the company information where you completed the assignment.

| | | | | |
|---|---|---|---|---|
| Company Name: | Huron Hospital | Company Phone No.: | 216 761-3300 | |
| Address: | 13951 Terrace Rd East Cleve 44112 | Supervisor Name: | Mr Tim Price | |
| Job Title: | Department Secretary | Supervisor Title: | Manager | |
| Job Duties: | Administrative and Clerical duties Coordinates office Activity including transcription of reports, correspondence billing greeting patient + vistor, Schedul[ing] | Dates of Employment: | From: 11-08 | To: presented |
| | | Salary: (open) | Start: | End: |
| | | May we contact your present Employer? | ☐ Yes | ☒ No  NO At. Acum |
| | | Reason for Leaving: | presented | on job search |

| | | | | |
|---|---|---|---|---|
| Company Name: | Huron Hospital | Company Phone No.: | 216 761-3300 | |
| Address: | 13951 Terrace Rd. East Cleve 4411[2] | Supervisor Name: | Ms Linda Rahman | |
| Job Title: | Patient A | Supervisor Title: | | |
| Job Duties: | Patient Registration, Insurance verification Customer Service, Medicare Titan ICD-9 cm Coding CPT-4 | Dates of Employment: | From: 6-8 | To: 11-08 |
| | | Salary: open | Start: | End: |
| | | Reason for Leaving: | promotion | |

| | | | | |
|---|---|---|---|---|
| Company Name: | Huron Hospital | Company Phone No.: | 216 761-3300 | |
| Address: | 13951 Terrace rd East Cleve | Supervisor Name: | Ms. Dawn Dameru[s] | |
| Job Title: | Unit Coordinator | Supervisor Title: | Manager | |
| Job Duties: | Customer Service, Scheduling appointment Doctor orders & [illegible] duties, Administrative duties | Dates of Employment: | From: 3-07 | To: 6-08 |
| | | Salary: open | Start: | End: |
| | | Reason for Leaving: | promotion | |

| | | | | |
|---|---|---|---|---|
| Company Name: | GOODDEEDS Provider Services | Company Phone No.: | 216 451-4859 | |
| Address: | P.O BOX 28555 | Supervisor Name: | Mrs Della Carpenter | |
| Job Title: | Manager | Supervisor Title: | Assistant Manager | |
| Job Duties: | Recruitment Interview Managerial duties, PAYROLL, Inventory, HR procedures Budgeting, Insurance verification | Dates of Employment: | From: 1997 | To: 2005 |
| | | Salary: 75,000 (A) | Start: open | End: open |
| | | Reason for Leaving: | | |

**EDUCATIONAL RECORD:**

| LEVEL OF EDUCATION | NAME DEGREE WAS OBTAINED UNDER | NAME OF SCHOOL AND LOCATION | FIELD OF STUDY | DEGREE OBTAINED? Y/N |
|---|---|---|---|---|
| 12 grade | Carpenter Camille | LINCOLN West High Cleveland, Ohio | Science Diploma | Y |
| 2yrs | AAS | Cuyahoga Community College Cleveland ohio | Science | AAS (Y) |
| 2yr | ALA | Cuyahoga Community College Cleveland Ohio | Arts | ALA (Y) |

**PROFESSIONAL LICENSE/CERTIFICATION**

| TYPE | LICENSE NUMBER | STATE | EXPIRATION DATE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**ADDITIONAL TRAINING:**

ACLS: ______ (Exp Date) BCLS: ______ (Exp Date) ANA: ______ (Exp Date) CCRN: ______ (Exp Date) Other: ______ (Exp Date)

**ARMED FORCES RECORD:**

Present Classification: Branch:

Nature of Duties: Highest Rank:

**PROFESSIONAL REFERENCES (PLEASE DO NOT LIST FRIENDS OR FAMILY)**

| NAME | TITLE | PHONE NUMBER |
|---|---|---|
| Vantan Maudlin | Minister | 216 533-5279 |
| Douglas Jones | Minister | 216 341-2373 |
| Dr. Valerie Cooper | Professor/Instructor | 216 249-2711 |

**Referral Source:**

- [ ] Advertisement
- [ ] Job or Career Fair/Open House
- [ ] College Recruitment
- [ ] Department/Management Referral
- [ ] Employment Agency
- [ ] Employee Referral
- [x] Internet (Which site?) uhospital.org
- [ ] Public Agency
- [ ] Phone or Mail Solicitation
- [ ] Walk-In
- [ ] Other (please specify)

**READ CAREFULLY BEFORE SIGNING ON NEXT PAGE**

It is the Policy of University Hospitals (UH) to provide equal opportunity to all of our employees and applicants for employment. Decisions concerning employment, transfers and promotions or other conditions of employment are all made upon the basis of the best qualified candidate without regard to color, race, religion, national origin, age, sex, disability, ancestry or status as a disabled or Vietnam era veteran.

It is also a policy of UH to provide a drug-free work place and to protect the safety and well-being of all its employees, patients and visitors. Use or possession of drugs or alcohol while on the job, on company premises or company business or being under the influence at any such time is strictly prohibited and is grounds for immediate termination and removal from premises.

- I hereby certify that all answers and statements made on this application are complete and true to the best of my knowledge. **I understand that any misleading statement, misrepresentation, and/or omission of information may cause this application to be rejected or be cause for termination of employment.** I further understand that notwithstanding any offer of employment which may follow this application, final offer of employment will be based on my timely completion, to the satisfaction

of UH, of all UH's pre-employment requirements and procedures including interview(s), reference checks, verifications, and employment entrance examinations at an employee health clinic, and other appropriates procedures deemed necessary from time to time by UH. I am hereby specifically aware of, understand and agree to the following:

- A post offer medical examination, including drug testing, will be required. I understand that any job offer is contingent upon successful completion of the medical examination and UH's receipt of satisfactory drug screen results and I agree to provide access to previous medical records and sign all required authorizations and/or releases if reasonably required.
- During my employment, if I am hired, I will agree to submit to medical examinations to determine my fitness to perform my job in the interest of my safety and well-being and that of UH, its patients, visitors, and other employees. These examinations may include testing for drugs and/or alcohol, as often as needed or determined by my supervisor or a representative of the UH department of Human Resources or the UH Law Department during my employment where reasonable suspicion of my use or dependency may exist or where other circumstances reasonably require.
- I further understand and agree that the failure of UH to request any such physical examination shall not be construed as an admission or other acknowledgement by UH that I am physically qualified to perform any specific type of services.
- Refusal to submit to an alcohol and/or drug testing in accordance with UH policy at any time may result in immediate discharge and termination of employment. I also understand that failure to pass an alcohol or drug test at any time during employment may result in corrective action up to and including immediate discharge and termination of my employment.
- I understand and acknowledge that UH is a "smoke free" work place. Smoking is prohibited throughout the interior premises of UH. UH reserves the right to alter or amend its smoke free work place policy at any time and on UH property.
- My criminal record may be examined in connection with your consideration of this application or in the future during my employment and I hereby authorize any lawful examination of my criminal record. A conviction of a violation of a law other than a minor traffic violation occurring prior to or following commencement of employment may result in action up to and including immediate discharge and termination of employment.
- I authorize organizations, former employers and other persons to give information about me to UH and I hereby release them from all liability for honestly responding to inquiries and request for references from UH about me.
- I understand an inability to contact my present employer may subject my application to delay or inability to process.
- I will observe and comply with all rules, regulations, policies, and procedures (collectively, "Policies") as they relate to UH employees as adopted or amended from time-to-time. I understand that such Policies are adopted for specific and important reasons and violation of these can subject me to corrective action up to and including immediate discharge and termination of employment. I agree that I will familiarize myself with all such Policies and ask questions of my supervisor or the Human Resource Department whenever I do not understand anything about them.
- In the event that I am hired and satisfy all pre and post offer contingencies, my employment will be at-will, and not for any specific period of time, will not constitute an employment contract, and that either I or UH will be free to terminate the employment relationship at anytime for any reason or no reason. I also understand and agree that no one has authority to vary this understanding except in writing directed to me and signed by an authorized officer of UH. Please not that some executive positions may require the signing of an employment contract which will be reviewed with the candidate at the time of offer.
- I will be bound by these same provisions irrespective of the affiliate of University Hospitals to which I am applying to work or to which I may be transferred. I understand and agree that this application and all information provided by me or others or otherwise gathered by UH may be disclosed by UH at any time without notice so long as such disclosure is required by applicable law or is otherwise made to any affiliate or subsidiary of UH or to any government agency, agent or law enforcement officer, in good faith and for reasons relating to my application for employment, to protect the health or safety of any other employee or patient of any UH affiliate or subsidiary or for quality assurance or compliance purposes or for purposes of law enforcement or government investigation.

**READ CAREFULLY BEFORE SIGNING**

I agree that any claim or lawsuits relating to my service with University Hospitals or any of its subsidiaries or affiliates must be filed no more than six (6) months after the date of the employment action that is the subject of the claim or lawsuit. I waive any statute of limitations to the contrary.

This application will be considered active for six (6) months from the date filed. If you are hired, it continues to remain active and becomes part of your official employment record.

I HAVE READ AND UNDERSTAND THIS ENTIRE APPLICATION AND AGREE TO BE ABSOLUTELY BOUND BY ITS TERMS AND CONDITIONS.

Signature Carmelle Wilson Date 11-5-09




November 24, 2009

Camille Wilson
16327 Delray Ave.
Cleveland, OH 44128

Dear Camille:

Congratulations on your new position and welcome to University Hospitals. We are pleased that you have accepted the position as a **PRN Equipment Technician** with University Hospitals Case Medical Center! Your tentative start date will be **Monday, December 14, 2009**.

Below you will find the terms of your offer:

**Health screen Information**
You are scheduled for your post-offer/pre-employment health screen on **a date to be determined**. At this time you will also complete your on-roll paperwork and be fingerprinted.

**Position Information**
You will be reporting to **Kathy Deakins**, and you will be located at the University Hospitals Case Medical Center. You can contact your manager at 216-844-0188 for further work schedule information.

**Compensation**
Your hourly base rate will be **$12.40**. You will be paid via direct deposit based on the pay periods set by UH and are subject to applicable taxes, withholdings and deductions. Salary levels are normally reviewed annually and recommendations for increase are based on your performance and the performance of the organization.

**Orientation**
You will need to attend Corporate Orientation on **Monday, December 14, 2009**. Orientation starts at **8:30 a.m.** and will be conducted at **Management Services Center, Media Room** (located at 3605 Warrenville Center Rd. Shaker Heights, OH – Intersection of Warrensville Center Rd., Chagrin Blvd., Northfield Rd.) Orientation will last **all day**. Please make sure you bring a photo ID with you to orientation.

You will also need to attend Day 2 Corporate Orientation on **Tuesday, December 15, 2009**. Orientation starts at **8:00 a.m.** and will be conducted at **Case Medical Center – Rainbow Babies and Children's Amphitheater**. Your manager will meet you at this Orientation.

**Contingency Matters**
This employment offer is contingent upon satisfactory completion of the following:

- Application for employment and related documents;
- Reference and state/federal criminal background check (including fingerprinting check);
- Verification of Education and applicable Licensure(s);

- A post-offer/pre-employment health assessment and drug screen;
- Additionally, an Employment Eligibility Form (I-9) must be completed within three (3) days of your start date.

University Hospitals reserves the right to withdraw this offer of employment or to terminate your employment (if you become employed by UH) should any of the results of the applicant review or health assessment be unsatisfactory in UH judgment. This letters sets forth the terms of your offer, and shall not be construed as a contract of employment for any fixed period of time. While employed at University Hospitals, you will be an employee at will.

**Camille**, we are pleased that you are joining University Hospitals and are confident this position will offer you the opportunity for a challenging and rewarding experience, just as your contributions will add to the continuing success of this organization. If you need additional information, please do not hesitate to contact me at **216-767-8353**.

Sincerely,

Eileen Mole

Eileen Mole
Recruitment Specialist
University Hospitals Health System

Cc: Employee File
Deakins, Kathy
Gallagher, John
Myers, Timothy